UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

TAMMY JOYCE BROWN,

        Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

        Defendant.

Case No. 1:14-cv-01867-ST

**ORDER**

**YOU, Magistrate Judge:**

It is hereby ORDERED that attorney's fees in the amount $5,384.19 and expenses in the amount of $27.30 for certified mailings be awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 USC § 2412 and *Astrue v. Ratliff*, 560 US 586 (2010).

DATED May 4, 2016.

                                                Youlee Yim You
                                                United States Magistrate Judge